UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MARTIN,<br><br>                    Plaintiff,<br><br>          v.<br><br>FINANCIAL FREEDOM,<br><br>                    Defendant. | No.  2:15-mc-0090 MCE CKD PS<br><br><br><br>ORDER |

This action was opened as a miscellaneous action because plaintiff is subject to a vexatious litigant order requiring prefiling screening of plaintiff's complaints.  After review of the lodged complaint and the applicable standards and pertinent law, the court finds that the complaint does not merit filing.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed not to file the lodged complaint and to close the above-titled miscellaneous action.

2. The Clerk of Court is directed to return the filing fee previously paid by plaintiff.

Dated:  August 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 martin0090.vex.pfr